DENIED WITHOUT PREJUDICE

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| JONATHAN SCHWARTZ and JENNIFER JEFFERS-SCHWARTZ, individuals,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SMITH & NEPHEW, INC., a Delaware Corporation, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.: CV13-03305-ABC (VBKx)<br>[Action Filed: January 24, 2013]<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Audrey B. Collins<br>Courtroom: 680 |

　　　Plaintiffs Jonathan Schwartz and Jennifer Jeffers-Schwartz ("Plaintiffs") and defendant Smith & Nephew, Inc. ("Defendant") having stipulated and good cause appearing therefor,

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 26(c), the Stipulated Protective Order agreed to by Plaintiffs and Defendant, through their counsel of record, is entered by the Court.

DENIED WITHOUT PREJUDICE.

Para 15: Wrong Court. Must follow L.R. 79-5.

Para 26: Court will not retain jurisdiction after termination of action.

Para 27: Delete OSC procedure.

Parties may submit an amended Proposed Protection Order separate from an amended Stipulation.

IT IS SO ORDERED.

Dated: February 13, 2014             _____/s/_____
                                      Honorable Victor B. Kenton
                                      United States Magistrate Judge